IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JEROME MITCHELL (1),<br>TERENCE HUFF (2),<br>CLARENCE WILLIAMS (3),<br>JERMAINE MATHEWS (4),<br><br>*Defendants.* | Case No. 1:25-cr-39<br><br>Judge Jeffery P. Hopkins |

## ORDER

This matter came before the Court for a telephonic status conference on November 12, 2025, at 3:30 p.m. Counsel for the Government and counsel for Defendants Mitchell, Williams, and Mathews were present. Counsel for Defendant Huff was unable to appear. Counsel for the Government advised the Court that additional time is needed to complete the second round of discovery. Counsel for Defendants Mitchell, Williams, and Mathews requested a 60-day continuance to allow adequate time for production and review of discovery. The Government did not oppose the request. The parties agreed to a telephonic status conference on January 27, 2026, at 10:00 a.m. There were no objections to the speedy trial clock being tolled through the date of that status conference.

The Court is satisfied that counsel are exercising due diligence in this matter, but the parties must be permitted additional time to engage in discovery, and either negotiate a plea agreement or prepare for trial. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, as

failure to grant the continuance would deprive the parties of reasonable time necessary for effective preparation, and thus would likely lead to a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (B)(iv).

Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from November 12, 2025 until January 27, 2026 is properly, and shall be, excluded from the speedy trial calculation.

**IT IS SO ORDERED.**

November 13, 2025

Jeffery P. Hopkins
United States District Judge